274

Alton Banking & Trust Co., Plaintiff-Appellee, *v.* Frank V. Romano, Defendant-Appellant and Third-Party Plaintiff—(Shirley Romano, Defendant and Third-Party Defendant.)

(No. 73-293;

Fifth District—June 26, 1974.

*Rehearing denied August 6, 1974.*

PER CURIAM.
CREBS, J., took no part.

R. Michael Fischer, of Alton, for appellant.

Steven N. Mottaz, of Alton, for appellee.